
Randal S. Mashburn
U.S. Bankruptcy Judge
Dated: 1/2/2024



# IN THE UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In Re: | ) | BK Case No. 3:19-bk-00377 |
| Aaron Anthony Williams and | ) | |
| Renae Greene Williams | ) | |
| 637 Laramie Drive | ) | Chapter 13 |
| Springfield, TN 37172 | ) | Adversary Case #: 23-ap-90104 |
| | ) | |
| Debtors and Plaintiffs. | ) | |
| | ) | Judge: Randal S. Mashburn |
| v. | ) | |
| | ) | |
| Statebridge Company, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Bryn Mawr Trust Company f/k/a | ) | |
| Christiana Trust | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Wilmington Savings Fund Society, FSB, | ) | |
| D/B/A Christiana Trust as Trustee for | ) | |
| PNPMS Trust III | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFAULT JUDGMENT

THIS MATTER IS BEFORE THE COURT upon the Motion for Default Judgment filed by the Plaintiffs/Debtors against the Defendants: Statebridge Company, LLC, Bryn Mawr Trust Company f/k/a Christiana Trust and Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Trustee for PNPMS Trust III, with notice to all parties in interest pursuant to Local Rule 9013. It appearing that no opposition to the Motion was timely filed, the Motion for Default Judgment shall be granted pursuant to the summons issued by this Court.

**IT IS ORDERED** that the original lien of CitiFinancial in the original amount of $15,499.39 and with an estimated balance of $5,284.97 at the time this case was filed, secured by

a Deed of Trust of record in the Office of the Register of Deeds for Robertson County, Tennessee, Instrument Number 166189 recorded on August 2, 2006 in Record Book 1126, pages 629-634 and subsequently transferred via a corporate assignment of deed of trust to Wilmington Savings Fund Society , FSB, D/B/A Christiana Trust, not in its individual capacity but solely in its capacity as owner trustee for WF 19 grantor trust, Instrument Number 311187 recorded on January 3, 2017 in Record Book 1718, pages 730-730 and subsequently transferred a second time via a second corporate assignment of deed of trust to Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee for PNPMS Truste III, Instrument Number 379730 recorded on April 5, 2021 in Record Book 2057, pages 59-60 is declared **VOID** pursuant to 11 U.S.C. §506(d).

This Order shall be recorded with the Register of Deeds Office for Robertson County, Tennessee to operate as a complete release of the above referenced recorded Deed of Trust on the Plaintiffs' residence at 637 Laramie Drive, Springfield, TN 37172.

IT IS SO ORDERED

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:
/s/ Steven R. Wilmoth
STEVEN R. WILMOTH #025759
Attorney for Debtor
409 North Locust Street
Springfield, TN 37172
(615) 384-7750
Fax: (615) 384-4871
Email: steven@wilmoth.law

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:23-ap-90104    Doc 8    Filed 01/02/24    Entered 01/02/24 17:07:50    Desc Main
Document    Page 2 of 2